1002

[No. 13541-4-I.  Division One.  October 21, 1985.]

RICHARD L. JONES, *Appellant,* v. DORA LEE
REED, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 81-2-14086-6, Frank H. Roberts, Jr., J.,
entered June 29, 1983. *Affirmed* by unpublished opinion
per Grosse, J., concurred in by Coleman and Webster, JJ.

[No. 14652-1-I.  Division One.  October 21, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. BENNIE
STEWART, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1-03464-3, Patricia H. Aitken, J., entered
March 22, 1984. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Scholfield, A.C.J., and Web-
ster, J.

[No. 14530-4-I.  Division One.  October 21, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
H. WOLFE, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 83-1-00384-1, Byron L. Swedberg, J.,
entered March 22, 1984. *Reversed* and *remanded* by
unpublished opinion per Williams, J., concurred in by
Ringold and Coleman, JJ.

[No. 12298-3-I.  Division One.  October 21, 1985.]

STEPHANIE SAUNDERS, *Appellant,* v. STEVE LISTON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 82-2-03643-9, Robert Ward Freedman, J. Pro
Tem., entered September 9, 1982. *Affirmed* by unpublished
opinion per Grosse, J., concurred in by Webster, J., and
Cole, J. Pro Tem.